# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00343-CV

| | | |
|---|---|---|
| Parker County Appraisal District | § | From the 415th District Court |
| | § | of Parker County (CV12-1573) |
| v. | § | December 1, 2016 |
| | § | Opinion by Justice Walker |
| Bosque Disposal Systems, LLC, Agnus SWD Services, L.P., Gordon SWD Services, L.P., and Bob Phillips d/b/a Phillips Water Hauling | § | Dissent by Justice Meier |
| | § | (en banc) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The final judgment and the underlying summary judgment in favor of Appellees are reversed. We render a partial summary judgment for Parker County Appraisal District solely on the controlling question of law raised in its motion. We remand the case to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees Bosque Disposal Systems, LLC, Agnus SWD Services, L.P., Gordon SWD Services, L.P., and Bob Phillips d/b/a Phillips

Water Hauling shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Sue Walker
      Justice Sue Walker